| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gertner, Nancy | 2. Court or Organization<br><br>U.S. District Court - MA | 3. Date of Report<br><br>05/15/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Article III Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,  Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>John Joseph Moakley U.S. Court<br>1 Courthouse Way, Ste. 4130<br>Boston MA 02210 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐  NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Petra Foundation (a non-profit foundation) |
| 2. | Instructor | Yale Law School |
| 3. | Guest Instructor | Monash University, Prato, Italy campus |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐  NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1994 | Dwyer, Collora & Gertner: Partnership Agreement |
| 2. | 1987 | Silverglate, Gertner, Fine & Good: Partnership Agreement |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Yale Law School; teaching sentencing seminar, spring and fall semesters | $26,550.00 |
| 2. 2010 | Beacon Press, book advance | $3,000.00 |
| 3. 2010 | West Publishing, book royalites | $9,621.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | American Civil Liberties Union of Massachusetts salary |
| 2. 2010 | American Civil Liberties Union of Massachusetts deferred annuity |
| 3. 2010 | Suffolk University Law School |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Yale Law School, New Haven, CT | spring & fall semesters | New Haven, CT | Taught once a week | Travel, sometimes lodging and meals |
| 2. | Northwestern Univ. School of Law | 1/28-29/10 | Chicago, IL | Panel re: criminal justice | Travel, lodging, meals |
| 3. | UCLA, Law School | 2/17-19/10 | Los Angeles, CA | Forensic Science Panel | Travel, lodging, meals |
| 4. | American Bar Assoc. | 2/24-27/10 | Miami, FL | Panel re white collar crime | Travel, lodging, meals |
| 5. | Wellesley College Centers for Women | 3/10-16/10 | Beijing, China | Discussions re anti discrim. laws | Travel, lodging, meals |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gertner, Nancy | 05/15/2011 |

| | | | | | |
| --- | --- | --- | --- | --- |
| 6. | NY Intellec. Property Law Associatin | 3/26/10 | New York, NY | Judicial Reception | Travel, lodging, meals |
| 7. | Cleveland State University | 4/8-9/10 | Cleveland, OH | A View from the Bench speech | Travel, lodging, meals |
| 8. | American Bar Assoc. | 4/21-22/10 | Washington, DC | Ethics panel at spring meeting | Travel, lodging, meals |
| 9. | Wellesley College Centers for Women | 5/3/10 | Washington, DC | Internat'l. Human Rights Policy Program | Travel |
| 10. | The American Law Institute (paid by Yale Law School) | 5/17/10 | Washington, DC | Advisers meeting | Travel |
| 11. | Federal Judges Association | 5/24-25,10 | Washington, DC | Quadrennial Conference | Travel, lodging, meals |
| 12. | Monash Law, Prato Program | 5/25-6/15/10 | Prato, Italy | Teaching | Travel, lodging, meals |
| 13. | Kanazawa University | 7/14-21/10 | Ishikawa, Japan | Speaking re American Jury System | Travel, lodging, meals |
| 14. | Internat'l. Assoc. of Women Judges | 11/29-12/4/10 | Budapest, Hungary | Human Rights symposium | Travel, lodging, meals |
| 15. | | | | | |
| 16. | | | | | |
| 17. | | | | | |
| 18. | | | | | |
| 19. | | | | | |
| 20. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 05/15/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | American Express | Revolving Credit | J |
| 2. | Bank of America - Visa | Visa - Revolving Credit | K |
| 3. | ATT Universal Card | Revolving Credit | K |
| 4. | American Express Blue | Revolving Credit | J |
| 5. | United Visa | Revolving Credit | J |
| 6. | US Air Visa | Revolving Credit | K |
| 7. | GE Money | Revolving Credit | J |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. IRA ACCOUNT AT SCHWAB: | | | | | | | | | |
| 2. Permanent Portfolio Fund | A | Dividend | J | T | | | | | |
| 3. Schwab Money Market | A | Dividend | K | T | | | | | |
| 4. First Eagle Global Fund | A | Dividend | J | T | | | | | |
| 5. Oakmark Equity & Income | A | Dividend | J | T | | | | | |
| 6. Forester Value Fund | A | Dividend | J | T | | | | | |
| 7. Appleseed Fund | A | Dividend | J | T | | | | | |
| 8. BlackRock Global Alloc. Fund | A | Dividend | J | T | | | | | |
| 9. Vanguard Wellesley Income | A | Dividend | J | T | | | | | |
| 10. Mutual Global Discovery Fund | A | Dividend | J | T | Buy | 01/07/10 | J | | |
| 11. SECOND IRA AT SCHWAB: | | | | | | | | | |
| 12. Schwab Money Mkt. (See Section VIII.)* | | None | J | T | | | | | . |
| 13. Cash (See Section VIII.)* | A | Dividend | J | T | | | | | |
| 14. FPA Crescent Instl | A | Dividend | J | T | | | | | |
| 15. James Bal. Golden Rainbow | A | Dividend | J | T | | | | | |
| 16. Permanent Portfolio Fund | A | Dividend | J | T | | | | | |
| 17. Scout Int'l Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gertner, Nancy | 05/15/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intrepid Small Cap Fund | | None | J | T | | | | | |
| 19. Forester Value Fund | A | Dividend | J | T | | | | | |
| 20. First Eagle Global Fund | A | Dividend | J | T | | | | | |
| 21. BROKERAGE ACCT. AT SCHWAB: | | | | | | | | | |
| 22. Schwab Money Market (See Section VIII)* | | None | J | T | | | | | |
| 23. Cash (See Section VIII)* | | None | J | T | | | | | |
| 24. 2ND BROKERAGE ACCT AT SCHWAB | | | | | | | | | |
| 25. Schwab Money Market (See Section VIII)* | | None | J | T | | | | | |
| 26. Cash (See Section VIII)* | | None | J | T | | | | | |
| 27. Cisco Systems common stock | | None | J | T | | | | | |
| 28. Oakmark Equity Income | A | Dividend | J | T | | | | | |
| 29. Intentionally Blank | | | | | | | | | |
| 30. Pkng., house rental, Brookline, MA** | E | Rent | K | W | | | | | |
| 31. ▓▓▓▓ house, rental, Antrim, NH (X) | D | Rent | J | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. Positions:
The Petra Foundation is a non-profit organization.

Part II. Agreements:
The partnership agreement with Dwyer, Collora & Gertner (now Collora, LLP) governs the partnership distribution (including capital contribution and fees) for legal services rendered before my induction on April 25, 1994. The partnership agreement with Silverglate, Gertner, Fine & Good governs fees generated during the partnership life (which ended in 1990) but received after its termination.

Part VII. Investments and Trusts
\*Cash moves between money market and cash accounts, as purchases and sales of holdings are made. The money balance is held in a position can be called "Cash" or "Deposit Accounts"; a position where money funds are held.
\*\*Rental of a parking space and the carriage house.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Nancy Gertner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544